1  DOUGLAS J. CLARK, State Bar No. 171499
    (dclark@wsgr.com)
2  IGNACIO E. SALCEDA, State Bar No. 164017
    (isalceda@wsgr.com)
3  KYLE A. WOMBOLT, State Bar No. 224603
    (kwombolt@wsgr.com)
4  WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
5  650 Page Mill Road
    Palo Alto, CA 94304-1050
6  Telephone:  (650) 493-9300
    Facsimile:   (650) 565-5100
7
    Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | LANCE SIEGALL, Individually And           ) | CASE NO:  C-05-02146 SBA
   | On Behalf of All Others Similarly Situated, )
13 |                                            )
   |              Plaintiff,                    ) | STIPULATION AND
14 |                                            ) | ORDER RESCHEDULING CASE
   |          vs.                               ) | MANAGEMENT CONFERENCE
15 |                                            )
   | TIBCO SOFTWARE, INC., VIVEK Y.             )
16 | RANADIVE, CHRISTOPHER G. O'MEARA,          )
   | SYDNEY CAREY and RAJESH U.                 )
17 | MASHRUWALA,                                )
   |                                            )
18 |              Defendants.                   )
   |                                            )
19 |                                            )
   | RONALD BERNHEIM, Individually and          ) | CASE NO.: C-05-02205 SBA
20 | On Behalf of All Others Similarly Situated, )
   |                                            )
21 |              Plaintiff,                    )
   |                                            )
22 |          v.                                )
   |                                            )
23 | TIBCO SOFTWARE, INC., VIVEK                )
   | RANADIVÉ, RAJESH MASHRUWALA,               )
24 | SYDNEY CAREY and CHRIS O'MEARA,            )
   |                                            )
25 |              Defendants.                   )
   |                                            )
26

27

28

STIP & [PROP] ORDER RE CMC;                   1
CASE NOS. 05-02146 SBA; 05-02205 SBA; 05-02373
SBA

| | | |
|---|---|---|
| 1 | JAMES J. GUZZETTI, Individually and on Behalf of All Others Similarly Situated, ) ) | CASE NO.: C-05-02373 SBA |
| 2 | ) | |
| 3 | Plaintiff, ) ) | |
| 4 | vs. ) ) | |
| 5 | TIBCO SOFTWARE, INC., VIVEK Y. RANADIVE, CHRISTOPHER G. O'MEARA, SYDNEY CAREY and RAJESH U. ) ) ) | |
| 6 | MASHRUWALA, ) ) | |
| 7 | Defendants. ) ) | |

9  WHEREAS, the Court has scheduled a Case Management Conference on September 22,
10 2005 at 3:15 p.m., via telephone, in the above matters; and
11  WHEREAS, a Case Management Statement must be filed and served 10 days prior to the
12 Case Management Conference; and
13  WHEREAS, a motion has been filed for appointment of a lead plaintiff and to
14 consolidate the above matters, with such motions set to be heard on October 4, 2005 at 1:00
15 p.m.; and
16  WHEREAS, it is expected that a consolidated complaint will be filed subsequent to the
17 appointment of a lead plaintiff and resolution of the consolidation motion; and
18  WHEREAS, the parties believe that a Case Management Conference would be most
19 effective if held subsequent to the time a consolidated complaint is filed;
20  THEREFORE, it is hereby stipulated and agreed by the parties, subject to the Court's
21 approval, that:
22  (1) The Case Management Conference shall be rescheduled to take place after the
23 filing of a consolidated complaint and on such date as the Court hears defendants' motion to
24 dismiss the consolidated complaint, unless otherwise ordered by the Court; and
25  (2) The Case Management Statement shall be filed and served 10 days prior to the
26 Case Management Conference.

STIP & [PROP] ORDER RE CMC;
CASE NOS. 05-02146 SBA; 05-02205 SBA; 05-02373 SBA

2

Dated: September 8, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ Ignacio E. Salceda
         Ignacio E. Salceda

Attorneys for Defendants

Dated: September 8, 2005

MILBERG WEISS BERSHAD & SCHULMAN LLP

By: /s/ Karen T. Rogers
         Karen T. Rogers

Attorneys for Plaintiffs in *Lance Siegall, et al. v. TIBCO Software Inc. et al*.

Dated: September 8, 2005

GREEN WELLING LLP

By: /s/ Avin P. Sharma
         Avin P. Sharma

Attorneys for Plaintiffs in *Ronald Bernheim, et al. v. TIBCO Software Inc. et al*.

Dated: September 8, 2005

SCOTT + SCOTT, LLC

By: /s/ Arthur L. Shingler III
         Arthur L. Shingler III

Attorneys for Plaintiffs in *James J Guzzetti, et al. v. TIBCO Software Inc. et al*.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9-12-05

SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Saundra B. Armstrong*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*