United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE SIEGALL, et al., | No. C 05-2146 SBA |
| Plaintiffs | **ORDER** |
| v. | [Docket No. 21] |
| TIBCO SOFTWARE, INC., et al., | |
| Defendants. | |

_____

      On July 25, 2005, Ralph Fenton and Sathya Rajasubramanian ("the Fenton Group") filed a Motion for Consolidation of Case Nos. 05-2146, 05-2205 and 05-2373, Appointment of Lead Plaintiffs, and Approval of Lead Plaintiffs' Selection of Lead Counsel ("Motion for Consolidation") [docket no. 21.]  Civil Local Rule 3-7 sets forth the filing and certification requirements which parties must observe in private securities actions brought in the Northern District of California.  Civil Local Rule 3-7(c) states: "Any party seeking to serve as lead plaintiff, but who does not also file a complaint, need not file the certification required in Civil L.R. 3-7(b), but must at the time of initial appearance state that the party has reviewed a complaint filed in the action and either: (1) Adopts its allegations or, if not, (2) Specifies the allegations the party intends to assert."

      Neither member of the Fenton Group has filed a complaint in this matter.  Additionally, while the certifications submitted by the Fenton Group state a complaint in this matter was reviewed, neither certification specifies which complaint was reviewed, whether either proposed Lead Plaintiff adopts the

allegations of the complaint reviewed, or, which allegations he or she intends to assert. Consequently, the Fenton Group has not complied with Civil Local Rule 3-7(c).

The Fenton Group is to submit within ten (10) days of the date of this Order amended certifications which comply with Civil Local Rule 3-7(c). Upon receipt of the amended certifications, the Court will take under submission the Fenton Group's Motion for Consolidation. If Defendants have any objections to this motion, they shall file them within three days of the submission of the amended certifications.

IT IS SO ORDERED.

Dated: November 14, 2005

SAUNDRA BROWN ARMSTRONG
United States District Judge

2